DOC #12

**FILED**
DEC 0 7 2004
CLERK'S OFFICE
DETROIT

ENTERED

'02 FY

JOURNAL OF THE RECORDERS COURT
CITY OF DETROIT
STATE OF MICHIGAN

DATE OCTOBER 21, 2004   PAGE 1

ASKEW, MYRON, VIRGIL                    COMPLAINANT:    DAVIS, TYRONE,
                                        LPD NUMBER 476686

| DATE OF EVENT | EVENT DESCRIPTION |
|---|---|
| FEBRUARY 26, 1993 | WARRANT                NO BOND SET<br>SIGNED WARRANT<br>JUDGE: HALLORAN, RICHARD B JR<br>REPORTER: UNREPORTED,                         NO CHANGE |
| FEBRUARY 26, 1993 | WARRANT ISS<br>WARRANT RECOMMENDED<br>JUDGE: PROSECUTOR<br>PROSECUTION              : AGACINSKI, ROBERT L<br>REPORTER: ** UNKNOWN REPORTER |
| MARCH 1, 1993 | ARR-WRNT     REMANDED TO JAIL - NO BOND<br>DEFENDANT STANDS MUTE; PLEA OF NOT GUILTY ENTERED BY COURT<br>JUDGE: BRIGHT, IZETTA F                         NO CHANGE<br>REPORTER: DILLARD, HERMAN,<br>NEXT SCHEDULED PROCEEDING:<br>  EXAM-AM<br>  ON MARCH      8, 1993       BEFORE JUDGE HUMPHRIES, PAULA G |
| MARCH 8, 1993 | EXAM        BOND CONTINUED<br>PROCEEDING WAS ADJOURNED<br>AT THE REQUEST OF THE DEFENSE<br>JUDGE: HUMPHRIES, PAULA G<br>ASSIGNED COUNSEL      : SAROKI, PAULINE<br>PROSECUTION           : SATTLER, ROBERT J<br>REPORTER: DIXON, RONNIE,<br>BAIL WAS FIXED AT              $0.00<br>NEXT SCHEDULED PROCEEDING:<br>  EXAM-AM<br>  ON MARCH     10, 1993       BEFORE JUDGE HUMPHRIES, PAULA G |
| MARCH 10, 1993 | EXAM        BOND CONTINUED<br>PROCEEDING HELD; DEFENDANT WAS BOUND OVER<br>JUDGE: HUMPHRIES, PAULA G<br>ASSIGNED COUNSEL      : CULPEPPER, W OTIS<br>PROSECUTION           : AGACINSKI, ROBERT L<br>REPORTER: DIXON, RONNIE,<br>BAIL WAS FIXED AT              $0.00<br>NEXT SCHEDULED PROCEEDING:<br>ARRAIGNMENT ON INFORMATION<br>  ON MARCH     24, 1993       BEFORE JUDGE ROBERSON, DALTON A |
| MARCH 11, 1993 | FILING       APA *********<br>FILED |

( C O N T I N U E D )

```
02 FY                    JOURNAL OF THE RECORDERS COURT                    DATE OCTOBER 21, 2004 PAGE 2
                                  CITY OF DETROIT
                                 STATE OF MICHIGAN

         ASKEW,MYRON,VIRGIL                    COMPLAINANT:      DAVIS,TYRONE,
                                               LPD NUMBER 476686

         DATE OF EVENT                 EVENT DESCRIPTION

MARCH 19, 1993    ASSGNMNT        BOND CONTINUED
                  TRACK-G
                  JUDGE: ROBERSON,DALTON A
                  REPORTER: UNREPORTED,                  NO CHANGE
                  BAIL WAS FIXED AT                      $0.00
                  PROSECUTION      :  ** UNKNOWN JUDGE
                  REPORTER: **  UNKNOWN REPORTER
                  JUDGE: **  UNKNOWN JUDGE
                  PROSECUTION      :  AGACINSKI,ROBERT L
                  NEXT SCHEDULED PROCEEDING:
                  ARRAIGNMENT ON INFORMATION
                  ON MARCH   24, 1993     BEFORE JUDGE MEANS CURTIS,DAPHNE

MARCH 24, 1993    ARR-INFO         BOND CONTINUED
                  HELD
                  JUDGE: MEANS CURTIS,DAPHNE
                  REPORTER: MCCLAIN,SHIRLEY                NO CHANGE
                  BAIL WAS FIXED AT                       $0.00
                  PROSECUTION      :  AGACINSKI,ROBERT L

                  DSPN CONF         BOND CONTINUED
                  HELD
                  JUDGE: MEANS CURTIS,DAPHNE
                  REPORTER: MCCLAIN,SHIRLEY                NO CHANGE
                  BAIL WAS FIXED AT                       $0.00
                  PROSECUTION      :  AGACINSKI,ROBERT L
                  NEXT SCHEDULED PROCEEDING:
                  CAL-CONF
                  ON APRIL    1, 1993     BEFORE JUDGE MEANS CURTIS,DAPHNE

APRIL  1, 1993    CAL-CONF         BOND CONTINUED
                  HELD
                  JUDGE: MEANS CURTIS,DAPHNE                NO CHANGE
                  PROSECUTION      :  PETZOLD,HERMAN
                  REPORTER: VEASY,REGENIA,
                  BAIL WAS FIXED AT                       $0.00
                  NEXT SCHEDULED PROCEEDING:
                  FINAL-CONF
                  ON APRIL   30, 1993     BEFORE JUDGE MEANS CURTIS,DAPHNE

APRIL 30, 1993    FINAL-CONF    BOND CONTINUED
                  PROCEEDING WAS ADJOURNED

                            (C O N T I N U E D)
```

```
02 FY                JOURNAL OF THE RECORDERS COURT                    DATE OCTOBER 21, 2004 PAGE 3
                              CITY OF DETROIT
                              STATE OF MICHIGAN

ASKEW,MYRON,VIRGIL                         COMPLAINANT:    DAVIS,TYRONE,
                                           LPD NUMBER 476686

DATE OF EVENT                              EVENT DESCRIPTION

MAY     21, 1993     AT THE REQUEST OF THE DEFENSE
                     JUDGE: MEANS CURTIS,DAPHNE
                                            NO CHANGE
                     PROSECUTION         :  PETZOLD,HERMAN
                     REPORTER: VEASY,REGENIA,
                     BAIL WAS FIXED AT                $0.00
                     NEXT SCHEDULED PROCEEDING:
                     FINAL-CONF
                     ON MAY     28, 1993   BEFORE JUDGE MEANS CURTIS,DAPHNE

MAY     28, 1993     FILING              TO DISMISS THE CASE
                     FILED
                     JUDGE: MEANS CURTIS,DAPHNE
                     OTHER                :  CULPEPPER,W OTIS
                     REPORTER: ** UNKNOWN REPORTER

MAY     28, 1993     FINAL-CONF   BOND CONTINUED
                     PROCEEDING WAS ADJOURNED
                     AT THE REQUEST OF THE DEFENSE
                     JUDGE: MEANS CURTIS,DAPHNE
                                            NO CHANGE
                     PROSECUTION         :  PETZOLD,HERMAN
                     REPORTER: VEASY,REGENIA,
                     BAIL WAS FIXED AT                $0.00
                     NEXT SCHEDULED PROCEEDING:
                     FINAL-CONF
                     ON JUNE     8, 1993   BEFORE JUDGE MEANS CURTIS,DAPHNE

JUNE     8, 1993     FILING              TO QUASH INFORMATION
                     FILED
                     JUDGE: MEANS CURTIS,DAPHNE
                     REPORTER: ** UNKNOWN REPORTER

JUNE     8, 1993     FILING              TO QUASH INFORMATION               DISMISSED
                     GRANTED
                     BOND CONTINUED
                     JUDGE: MEANS CURTIS,DAPHNE
                                            NO CHANGE
                     PROSECUTION         :  AGACINSKI,ROBERT L
                     REPORTER: ** UNKNOWN REPORTER
                     CURRENT CHARGE:  750.529          R/A

                     MOTION       BOND CONTINUED
                     HELD
                     JUDGE: MEANS CURTIS,DAPHNE
                     ASSIGNED COUNSEL  ;   WASHINGTON,EARL S

                                 ( C O N T I N U E D )
```

```
02 FY              JOURNAL OF THE RECORDERS COURT                    DATE OCTOBER 21, 2004 PAGE 4
                          CITY OF DETROIT
                         STATE OF MICHIGAN

ASKEW,MYRON,VIRGIL                          COMPLAINANT:    DAVIS,TYRONE,
                                            LPD NUMBER 476686

DATE OF EVENT                         EVENT DESCRIPTION

JUNE    18, 1993    FILING         TO LOWER BOND
                    PROSECUTION          :   AGACINSKI,ROBERT L
                    REPORTER: VEASY,REGENIA,
                    CURRENT CHARGE: 750.529                  R/A              DISMISSED
                    BAIL WAS FIXED AT                      $0.00
                    NEXT SCHEDULED PROCEEDING:
                         PRETRIAL
                         ON AUGUST         5, 1993    BEFORE JUDGE TALBOT,MICHAEL J

AUGUST   5, 1993    PRETRIAL       BOND CONTINUED
                    PROCEEDING WAS ADJOURNED
                    AT THE REQUEST OF THE DEFENSE
                    JUDGE: TALBOT,MICHAEL J
                    OTHER                  :   WASHINGTON,EARL S
                    REPORTER: ** UNKNOWN REPORTER
                    BAIL WAS FIXED AT      $150,000.00 SURETIES OR CASH OPTION
                    PROSECUTION            :   AGACINSKI,ROBERT L
                    REPORTER: PAYNE,JANICE,
                    BAIL WAS FIXED AT                    $0.00
                    NEXT SCHEDULED PROCEEDING:
                         PRETRIAL
                         ON AUGUST         10, 1993   BEFORE JUDGE TALBOT,MICHAEL J

AUGUST  10, 1993    PRETRIAL       BOND CONTINUED
                    HELD
                    JUDGE: TALBOT,MICHAEL J
                                             NO CHANGE
                    PROSECUTION            :   SCALLEN,TIMOTHY C
                    REPORTER: PAYNE,JANICE,
                    BAIL WAS FIXED AT                    $0.00
                    NEXT SCHEDULED PROCEEDING:
                         JURY TRIAL
                         ON OCTOBER        11, 1993   BEFORE JUDGE CALLAHAN,MICHAEL J

OCTOBER 11, 1993    JURY TRIAL     BOND CONTINUED
                    IN PROGRESS
                    JUDGE: CALLAHAN,MICHAEL J
                                             NO CHANGE
                    PROSECUTION            :   AGACINSKI,ROBERT L
                    REPORTER: VIDEO,
                    BAIL WAS FIXED AT                    $0.00

                         ( C O N T I N U E D )
```

```
-02 FY          JOURNAL OF THE RECORDERS COURT                    DATE OCTOBER 21, 2004 PAGE 5
                        CITY OF DETROIT
                       STATE OF MICHIGAN

ASKEW,MYRON,VIRGIL              COMPLAINANT:    DAVIS,TYRONE,
                                LPD NUMBER 476686

DATE OF EVENT                   EVENT DESCRIPTION

OCTOBER  12, 1993    JURY TRIAL      BOND CONTINUED
                     NEXT SCHEDULED PROCEEDING:
                        JURY TRIAL
                        ON OCTOBER   12, 1993    BEFORE JUDGE CALLAHAN,MICHAEL J
                     IN PROGRESS
                     JUDGE: CALLAHAN,MICHAEL J
                     PROSECUTION          :        NO CHANGE
                     REPORTER: VIDEO,,             AGACINSKI,ROBERT L
                     BAIL WAS FIXED AT             $0.00
                     NEXT SCHEDULED PROCEEDING:
                        JURY TRIAL
                        ON OCTOBER   13, 1993    BEFORE JUDGE CALLAHAN,MICHAEL J

OCTOBER  13, 1993    JURY TRIAL      BOND CONTINUED
                     IN PROGRESS
                     JUDGE: CALLAHAN,MICHAEL J
                     PROSECUTION          :        NO CHANGE
                     REPORTER: VIDEO,,             AGACINSKI,ROBERT L
                     BAIL WAS FIXED AT             $0.00
                     NEXT SCHEDULED PROCEEDING:
                        JURY TRIAL
                        ON OCTOBER   14, 1993    BEFORE JUDGE CALLAHAN,MICHAEL J

OCTOBER  14, 1993    JURY TRIAL      BOND CONTINUED
                     IN PROGRESS
                     JUDGE: CALLAHAN,MICHAEL J
                     PROSECUTION          :        NO CHANGE
                     REPORTER: VIDEO,,             AGACINSKI,ROBERT L
                     BAIL WAS FIXED AT             $0.00
                     NEXT SCHEDULED PROCEEDING:
                        JURY TRIAL
                        ON OCTOBER   15, 1993    BEFORE JUDGE CALLAHAN,MICHAEL J

OCTOBER  15, 1993    JURY TRIAL      BOND CONTINUED
                     IN PROGRESS
                     JUDGE: CALLAHAN,MICHAEL J
                     PROSECUTION          :        NO CHANGE
                     REPORTER: VIDEO,,             AGACINSKI,ROBERT L
                     BAIL WAS FIXED AT             $0.00
                     NEXT SCHEDULED PROCEEDING:
                        JURY TRIAL

                     ( C O N T I N U E D )
```

-02 FY

CITY OF DETROIT
STATE OF MICHIGAN

ASKEW,MYRON,VIRGIL                     COMPLAINANT:    DAVIS,TYRONE,
                                       LPD NUMBER 476686

DATE OF EVENT                          EVENT DESCRIPTION

OCTOBER  18, 1993       ON OCTOBER  18, 1993     BEFORE JUDGE CALLAHAN,MICHAEL J
                JURY TRIAL      BOND CONTINUED
                IN PROGRESS
                JUDGE: CALLAHAN,MICHAEL J
                PROSECUTION         :           NO CHANGE
                REPORTER: VIDEO,,               AGACINSKI,ROBERT L
                BAIL WAS FIXED AT                    $0.00
                NEXT SCHEDULED PROCEEDING:
                  JURY TRIAL
                  ON OCTOBER  19, 1993   BEFORE JUDGE CALLAHAN,MICHAEL J

OCTOBER  19, 1993       ON OCTOBER  19, 1993     BEFORE JUDGE CALLAHAN,MICHAEL J
                JURY TRIAL      BOND CONTINUED
                MISTRIAL
                JUDGE: CALLAHAN,MICHAEL J
                PROSECUTION         :           NO CHANGE
                REPORTER: VIDEO,,               AGACINSKI,ROBERT L
                BAIL WAS FIXED AT                    $0.00
                NEXT SCHEDULED PROCEEDING:
                  PRETRIAL
                  ON OCTOBER  22, 1993   BEFORE JUDGE TALBOT,MICHAEL J

OCTOBER  22, 1993       ON OCTOBER  22, 1993     BEFORE JUDGE TALBOT,MICHAEL J
                PRETRIAL        BOND CONTINUED
                HELD
                JUDGE: TALBOT,MICHAEL J
                PROSECUTION         :           NO CHANGE
                REPORTER: VIDEO,,               AGACINSKI,ROBERT L
                BAIL WAS FIXED AT                    $0.00
                NEXT SCHEDULED PROCEEDING:
                  JURY TRIAL
                  ON DECEMBER  1, 1993   BEFORE JUDGE STACEY,MICHAEL L

DECEMBER  1, 1993       ON DECEMBER  1, 1993     BEFORE JUDGE STACEY,MICHAEL L
                JURY TRIAL      BOND CONTINUED
                IN PROGRESS
                JUDGE: CALLAHAN,MICHAEL J
                PROSECUTION         :           NO CHANGE
                REPORTER: VIDEO,,               AGACINSKI,ROBERT L
                BAIL WAS FIXED AT                    $0.00
                NEXT SCHEDULED PROCEEDING:
                  JURY TRIAL
                  ON DECEMBER  2, 1993   BEFORE JUDGE CALLAHAN,MICHAEL J

(C O N T I N U E D)

```
-02 FY                 JOURNAL OF THE RECORDERS COURT                    DATE OCTOBER 21, 2004  PAGE  7
                              CITY OF DETROIT
                             STATE OF MICHIGAN

ASKEW,MYRON,VIRGIL                                      COMPLAINANT:    DAVIS,TYRONE,

                                                        LPD NUMBER 476686

  DATE OF EVENT                              EVENT DESCRIPTION

DECEMBER  2, 1993    JURY TRIAL      BOND CONTINUED
                     IN PROGRESS
                     JUDGE: CALLAHAN,MICHAEL J
                     PROSECUTION     :            NO CHANGE
                     REPORTER: VIDEO,,                AGACINSKI,ROBERT L
                     BAIL WAS FIXED AT                      $0.00
                     NEXT SCHEDULED PROCEEDING:
                       JURY TRIAL
                       ON DECEMBER    7, 1993       BEFORE JUDGE CALLAHAN,MICHAEL J

DECEMBER  7, 1993    JURY TRIAL      BOND CONTINUED
                     IN PROGRESS
                     JUDGE: CALLAHAN,MICHAEL J
                     PROSECUTION     :            NO CHANGE
                     REPORTER: VIDEO,,                AGACINSKI,ROBERT L
                     BAIL WAS FIXED AT                      $0.00
                     NEXT SCHEDULED PROCEEDING:
                       JURY TRIAL
                       ON DECEMBER    8, 1993       BEFORE JUDGE CALLAHAN,MICHAEL J

DECEMBER  8, 1993    JURY TRIAL      BOND CONTINUED
                     PROCEEDING WAS ADJOURNED
                     AT THE REQUEST OF THE COURT
                     JUDGE: CALLAHAN,MICHAEL J
                     PROSECUTION     :            NO CHANGE
                     REPORTER: VIDEO,,                AGACINSKI,ROBERT L
                     BAIL WAS FIXED AT                      $0.00
                     NEXT SCHEDULED PROCEEDING:
                       JURY TRIAL
                       ON DECEMBER    9, 1993       BEFORE JUDGE CALLAHAN,MICHAEL J

DECEMBER  9, 1993    JURY TRIAL      BOND CONTINUED
                     IN PROGRESS
                     JUDGE: CALLAHAN,MICHAEL J
                     PROSECUTION     :            AGACINSKI,ROBERT L
                     REPORTER: BEDSWORTH,MARY,
                     BAIL WAS FIXED AT                      $0.00
                     NEXT SCHEDULED PROCEEDING:
                       JURY TRIAL
                       ON DECEMBER   10, 1993.      BEFORE JUDGE CALLAHAN,MICHAEL J

DECEMBER 10, 1993    JURY TRIAL      BOND CONTINUED
                       ( C O N T I N U E D )
```

```
0-02 FY                JOURNAL OF THE RECORDERS' COURT                DATE OCTOBER 21, 2004 PAGE 8
                              CITY OF DETROIT
                             STATE OF MICHIGAN

ASKEW,MYRON,VIRGIL                         COMPLAINANT:   DAVIS,TYRONE,
                                           LPD NUMBER 476686

DATE OF EVENT                      EVENT DESCRIPTION

DECEMBER 13, 1993    IN PROGRESS
                     JUDGE: CALLAHAN,MICHAEL J
                     PROSECUTION       :              NO CHANGE
                     REPORTER: VIDEO,,                AGACINSKI,ROBERT L
                     BAIL WAS FIXED AT                $0.00
                     NEXT SCHEDULED PROCEEDING:
                            JURY TRIAL
                            ON DECEMBER 13, 1993       BEFORE JUDGE CALLAHAN,MICHAEL J

                     JURY TRIAL    BOND CONTINUED
                     FOUND GUILTY
                     JUDGE: CALLAHAN,MICHAEL J
                     PROSECUTION       :              NO CHANGE
                     REPORTER: VIDEO,,                AGACINSKI,ROBERT L
                     ORIGINAL CHARGE: 750.316-B       HOMICDE-FL MRD       DISMISSED
                     CURRENT CHARGE:  750.317         MURDER 2             DISMISSED
                     BAIL WAS FIXED AT                $0.00
                     NEXT SCHEDULED PROCEEDING:
                            SENTENCE
                            ON JANUARY   4, 1994      BEFORE JUDGE CALLAHAN,MICHAEL J

JANUARY    4, 1994   SENTENCE      BOND CONTINUED
                     SENTENCED
                     WRITTEN NOTICE OF RIGHTS SERVED ON DEFENDANT
                     JUDGE: CALLAHAN,MICHAEL J
                     PROSECUTION       :              AGACINSKI,ROBERT L
                     REPORTER: VIDEO,,                NO CHANGE
                     ORIGINAL CHARGE: 750.316-B       HOMICDE-FL MRD       GUILTY
                     CURRENT CHARGE:  750.317         MURDER 2             GUILTY
                     ORIGINAL CHARGE: 750.316-B       HOMICDE-FL MRD       GUILTY
                     CURRENT CHARGE:  750.317         MURDER 2             GUILTY
                     CURRENT CHARGE:  750.83          ASLT WI MRD          GUILTY
                     CURRENT CHARGE:  750.83          ASLT WI MRD          GUILTY
                     CURRENT CHARGE:  750.227B-A      FELONY FIRARM        GUILTY
                     BAIL WAS FIXED AT                $0.00

FEBRUARY 28, 1994    FILING        TO APPOINT COUNSEL FOR APPELLATE REVIEW
                     SIGNED AND FILED
                     JUDGE: ROBERSON,DALTON A
                     ASSIGNED COUNSEL :  SUROWIEC,GERALD S
                     REPORTER: ** UNKNOWN REPORTER

FEBRUARY 28, 1994    FILING           CLAIM OF APPEAL

                                    (C O N T I N U E D)
```

```
8-02 FY              JOURNAL OF THE RECORDERS COURT              DATE OCTOBER 21, 2004  PAGE 9
                              CITY OF DETROIT
                            STATE OF MICHIGAN

ASKEW,MYRON,VIRGIL                    COMPLAINANT:        DAVIS,TYRONE,
                                      LPD NUMBER 476686

DATE OF EVENT                         EVENT DESCRIPTION

MARCH      1, 1994    FILED
                      JUDGE: ROBERSON,DALTON A
                      ASSIGNED COUNSEL  ;  SUROWIEC,GERALD S
                      REPORTER: ** UNKNOWN REPORTER

                      FILING           MOTION TRANSCRIPT(S)
                      FILED
                      JUDGE: MEANS CURTIS,DAPHNE
                      REPORTER: ** UNKNOWN REPORTER

NOVEMBER  21, 1995    FILING           TRANSCRIPT
                      FILED
                      JUDGE: COLLINS,JEFFREY,
                      REPORTER: ** UNKNOWN REPORTER

MAY       28, 1998    FILING           APPLICATION FOR LEAVE TO FILE A DELAYED APPEAL
                      DENIED BY THE SUPREME COURT
                      JUDGE: THOMAS,DEBORAH A
                      REPORTER: ** UNKNOWN REPORTER

SEPTEMBER 29, 1999    FILING           FOR RELIEF FROM JUDGEMENT
                      FILED
                      JUDGE: THOMAS,DEBORAH A
                      REPORTER: ** UNKNOWN REPORTER

SEPTEMBER 29, 2000    FILING           FOR RELIEF FROM JUDGEMENT
                      DENIED
                      JUDGE: THOMAS,DEBORAH A
                      REPORTER: ** UNKNOWN REPORTER

SEPTEMBER 19, 2002    FILING           FOR SUPERINTENDING CONTROL
                      DENIED BY THE COURT OF APPEALS
                      JUDGE: THOMAS,DEBORAH A
                      REPORTER: ** UNKNOWN REPORTER

APRIL     29, 2003    FILING           APPLICATION FOR LEAVE TO FILE A DELAYED APPEAL
                      DENIED BY THE SUPREME COURT
                      JUDGE: THOMAS,DEBORAH A
                      REPORTER: ** UNKNOWN REPORTER

                      SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.317
                                                             HOMICIDE - MURDER - SECOND DEGREE
                      ON JANUARY     4, 1994    BEFORE JUDGE ** UNKNOWN JUDGE
                          LIFE SENTENCE
                      COMMENTS: CONCURRENT W/CT 3 &
                      SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.317

                               ( C O N T I N U E D )
```

```
-02 FY                                                                           DATE OCTOBER 21, 2004  PAGE 10

                         JOURNAL OF THE RECORDERS COURT
                                 CITY OF DETROIT
                                STATE OF MICHIGAN

ASKEW,MYRON,VIRGIL                              COMPLAINANT:  DAVIS,TYRONE,
                                                LPD NUMBER 476686

DATE OF EVENT                        EVENT DESCRIPTION

        ON JANUARY    4, 1994    BEFORE JUDGE ** UNKNOWN JUDGE
                                          HOMICIDE - MURDER - SECOND DEGREE
        LIFE SENTENCE
        COMMENTS: 311 DAYS CREDIT
SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.83
        ON JANUARY    4, 1994    BEFORE JUDGE ** UNKNOWN JUDGE
                                          ASSAULT WITH INTENT TO MURDER
        CONFINEMENT
        TO BE INCARCERATED FOR THE PERIOD   15 YR   TO    30 YR
        IN CONFINEMENT
        COMMENTS: CONCURRENT CT 1 &3
SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.83
        ON JANUARY    4, 1994    BEFORE JUDGE ** UNKNOWN JUDGE
                                          ASSAULT WITH INTENT TO MURDER
        CONFINEMENT
        TO BE INCARCERATED FOR THE PERIOD   15 YR   TO    30 YR
        IN CONFINEMENT
        COMMENTS: CONCURRENT CT 1 &3
SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.227B-A
        ON JANUARY    4, 1994    BEFORE JUDGE ** UNKNOWN JUDGE
                                          WEAPONS FELONY FIREARM
        CONFINEMENT
        TO BE INCARCERATED FOR THE PERIOD    2 YR   TO
        IN CONFINEMENT
        COMMENTS: CONSECUTIVE
```